Entered on Docket September 10, 2019

**Below is the Judgment of the Court.**

_____

**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 19-11983 TWD Ch. 13 |
| Cori Lee M. Perry | Adversary No. 19-01092 TWD |
| | DEFAULT JUDGMENT |
| Debtors | |
| Cori Lee M. Perry, | |
| Plaintiffs | |
| Bank of America, N.A., | |
| Defendant | |

THIS MATTER having come before the Court on Plaintiff's Ex-Parte Motion for Default and Default Judgment against Defendant, Bank of America, N.A. (hereinafter "Defendant), and Defendant having failed to

**Below is the Judgment of the Court.**

appear, answer or plead herein and the Court having considered Plaintiff's Motion for Default it is HEREBY ORDERED, ADJUDGED and DECREED that:

1. For the purposes of the Debtor's Chapter 13 case, the Defendant's Deed of Trust, recorded in King County, State of Washington on the property commonly known as 17918-158th Pl. SE, Renton, Washington 98058;

Shall be and is hereby AVOIDED;

2. For the purpose of the Debtor's Chapter 13 Plan only, the foregoing lien ("Lien") is valued at zero, the lienholder does not have a secured claim, and the lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 522(f), 1322(b)(2) and 1327;

3. This Order shall become part of Debtor's confirmed Chapter 13 Plan;

4. Upon completion of the Debtor's Chapter 13 Plan, the Lien shall be voided for all purposes;

5. If the Debtor's Chapter 13 case is dismissed or converted to one under another chapter before the Debtor completes the Chapter 13 plan, the order shall cease to be effective and the lien shall be retained to the extent recognized by applicable non-bankruptcy law;

///END OF ORDER///

Presented by:
/s/Mark A. Ditton #45432
Attorney for Plaintiff